IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>           Plaintiff,<br><br>     vs.<br><br>CLARENCE WHITMORE, Jr., et al.,<br><br>           Defendants. | **Old Case No. 1:09-2168 OWW GSA**<br>**New Case No. 1:09cv2168 OWW DLB**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

   Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:09cv 2168 OWW DLB**.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

   IT IS SO ORDERED.

1

Dated: **January 8, 2010**               **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE