# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS,<br><br>  Plaintiff,<br>vs.<br><br>CALIFORNIA DEPARTMENT OF<br>SOCIAL SERVICES, et al.,<br><br>  Defendants.       / | Case No. 1:06-cv-01260-AWI-LJO<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO PROCEED *IN FORMA PAUPERIS* IN SIX FRIVOLOUS APPEALS** |
| JANETTA SCONIERS,<br><br>  Plaintiff,<br>vs.<br><br>CLARENCE WHITMORE, JR., et al.,<br><br>  Defendants.       / | Case No. 1:08-cv-01288-LJO-SMS |
| JANETTA SCONIERS,<br><br>  Plaintiff,<br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants.       / | Case No. 1:08-cv-01289-AWI-DLB |

1

| | | |
|---|---|---|
| 1 | TIYEONDREA McGLOTHIN, et al., | Case No. 1:08-cv-01290-LJO-GSA |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | MARIO SANTOS, et al., | |
| 5 | Defendants. | |
| 6 | _____/ | |
| 7 | JANETTA SCONIERS, | Case No. 1:09-cv-02168-LJO-SKO |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | CLARENCE WHITMORE, JR., et al., | |
| 11 | Defendants.  _____/ | |
| 12 | JANETTA SCONIERS, | Case No. 1:10-cv-01130-AWI-SMS |
| 13 | Plaintiff, | |
| 14 | vs. | |
| 15 | M. BRUCE SMITH, et al., | |
| 16 | Defendants. | |
| 17 | _____/ | |

On February 22, 2012, Plaintiff Janetta Sconiers filed a notice of appeal in each of the six above-entitled cases, requesting waiver of the filing fee for each appeal. Because each appeal is frivolous and malicious, the Court denies Plaintiff's request for waivers of the filing fees.

On January 23, 2012, Plaintiff Janetta Sconiers filed motions for relief from judgment in each of the six above-entitled actions. In compliance with this Court's order of December 13, 2011 in *Sconiers v. Fresno County Superior Court* (Case No. 1:11-cv-00113-LJO-SMS), which declared Plaintiff Janetta Sconiers a vexatious litigant and ordered pre-filing review of any complaint, motion, or other legal document lodged with this Court, the Court reviewed Plaintiff's motions and found each to be frivolous and malicious in that its purpose was to challenge the Court's authority and to litigate matters that Plaintiff Sconiers was foreclosed from litigating in

*Sconiers v. Fresno County Superior Court* (Case No. 1:11-cv-00113-LJO-SMS).  Among other things, each motion was untimely under F.R.Civ.P. 60(c)(1), in most cases by several years. Accordingly, the Court struck each of the six motions.

      Permitting litigants to proceed *in forma pauperis* is a privilege, not a right.  *Franklin v. Murphy*, 745 F.2d 1221, 1231 (9th Cir. 1984); *Williams v. Field*, 394 F.2d 329, 332 (9th Cir.), *cert. denied*, 393 U.S. 891 (1968); *Williams v. Marshall*, 795 F.Supp. 978, 978-79 (N.D. Cal. 1992). A federal court may dismiss a claim filed *in forma pauperis* prior to service if it is satisfied that the action is frivolous or malicious.  28 U.S.C. § 1915(d)*; see Sully v. Lungren*, 842 F.Supp. 1230, 1231 (N.D. Cal. 1994).  If a plaintiff with *in forma pauperis* status brings a case without arguable substance in law and fact, the court may declare the case frivolous.  *Franklin*, 745 F.2d at 1227.

      Accordingly, it is hereby ORDERED that:

1. Each of the six above-titled appeals is declared frivolous;
2. Pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed *in forma pauperis* in her appeal of *Sconiers v. California Department of Social Services*, 1:06-cv-01260-AWI-LJO;
3. Pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed *in forma pauperis* in her appeal of *Sconiers v. Whitmore*, 1:08-cv-01288-LJO-SMS;
4. Pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed *in forma pauperis* in her appeal of *Sconiers v. Schwarzenegger*, 1:08-cv-01289-AWI-DLB;
5. Pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed *in forma pauperis* in her appeal of *McGlothin v. Santos*, 1:08-cv-01290-LJO-GSA;
6. Pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed *in forma pauperis* in her appeal of *Sconiers v. Whitmore*, 1:09-cv-02168-LJO-SKO;
7. Pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed *in forma pauperis* in *Sconiers v. Smith*, 1:10-cv-01130-AWI-SMS;
8. Pursuant to Federal Rule of Appellate Procedure 24(a)(4), this Order serves as notice to the parties and the United States Court of Appeals for the Ninth Circuit

of the finding that Plaintiff is not entitled to proceed *in forma pauperis* for these six appeals;

9. The Clerk of Court is directed to collect from Plaintiff the filing fee of $455.00 for each of her six appeals, for a total amount due of $2730.00; and

10. The Clerk of Court is directed to serve a copy of this Order on Plaintiff and on the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:   February 23, 2012**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE